1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MELODIE PINNER,

                Plaintiff,

v.

COLETTE PETERS, *et al.*,

                Defendants.

Case No. 2:24-cv-01181-RFB-MDC

**TRANSFER ORDER**

      Plaintiff, a *pro se* prisoner who is incarcerated at Florence McClure Women's Correctional Center, has submitted an application to proceed *in forma pauperis* and a civil rights complaint pursuant to 42 U.S.C. § 1983, as well as a motion for appointment of counsel and various exhibits. ECF Nos. 1, 1-1, 1-2, 1-3, 1-4, 1-5. Plaintiff sues Defendant "Oregon Department of Corrections Medical," and various individual defendants who work for the Oregon Department of Corrections for events that took place while Plaintiff was incarcerated at Coffee Creek Correctional Facility in Oregon. ECF No. 1-1.

      Pursuant to 28 U.S.C. § 1391(b), a plaintiff may bring an action in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). Pursuant to 28 U.S.C. § 1406, if a case has been filed in the wrong district or division, the district court in which the case has been incorrectly filed may "transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

      The Court finds that the District of Nevada is not the appropriate venue for this action because the events occurred in Oregon and the Defendants appear to reside in Oregon. Coffee

Creek Correctional Facility is in Clackamas County, which is in the Portland Division of the District of Oregon. The Court directs the Clerk of the Court to transfer this action to the United States District Court for Oregon, Portland Division. This Court offers no opinion on the merits of this action, the application to proceed *in forma pauperis*, or the motion for appointment of counsel.

**IT IS THEREFORE ORDERED** that the Clerk of the Court will transfer this case to the United States District Court for Oregon, Portland Division.

**IT IS FURTHER ORDERED** that the Clerk of the Court close the case in this Court.

DATED: July 10, 2024

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE